IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG WALCZAK,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ASPEN CONSTRUCTION SERVICES, INC., et al.,<br><br>　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 18-2471 |

# ORDER

**AND NOW**, this 11th day of September 2020, upon consideration of the parties' joint Stipulation of Dismissal with Prejudice (Doc. No. 55), it is **ORDERED** that:

1. The action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The Clerk of Court shall close the above-captioned case for statistical purposes.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.